UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                              CASE NO. 2:23-cr-20013-001

SANTY PHOMMAVONG                                                  DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 9) entered in this case and accepts Defendant's plea of guilty to Counts 1 and 2 of the information. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 29th day of November 2023.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE